The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. C15-1701RSL |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING THE UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT CASTLE ENTERPRIZE** |
| ROBERT F. MCTAVISH, ) GERALDINE L. MCTAVISH, ) CASTLE ENTERPRIZE, and ) WHATCOM COUNTY, ) | |
| Defendants. ) | |

    This matter comes before the Court on the "United States' Motion for Default Judgment Against Defendant Castle Enterprize." Dkt. # 29. The Court has considered the objections filed by Robert and Geraldine McTavish on April 1, 2016 (Dkt. # 23) and the United States' reply thereto (Dkt. # 24) in the context of this motion for default judgment. The motion is hereby GRANTED. Castle Enterprize is declared to be, as a matter of law and fact, a fictitious entity inseparable from defendants Robert F. McTavish and Geraldine L. McTavish. Any claim that

DEFAULT JUDGMENT AGAINST
DEFENDANT CASTLE ENTERPRIZE     1

1  Castle Enterprize has to the parcel of real property commonly known as 4374 Pipeline Road,

2  Blaine, WA 98230, shall be extinguished upon the foreclosure of the United States' tax liens and

3  sale of the subject property. Castle Enterprize is not and will not be entitled to any proceeds of

4  any sale of the subject property that is conducted as part of this action.

6  IT IS SO ORDERED AND ADJUDGED.

    Dated this 26th day of May, 2016.

        *[signature]*
        ROBERT S. LASNIK
        UNITED STATES DISTRICT JUDGE