1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT F. MCTAVISH, )<br>GERALDINE L. MCTAVISH, )<br>CASTLE ENTERPRIZE, and )<br>WHATCOM COUNTY, )<br>)<br>Defendants. )<br>) | Case No. 2:15-cv-01701-RSL<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff, the United States of America, and Defendants Robert F. McTavish and

Geraldine L. McTavish, by and through their respective undersigned counsel, hereby stipulate

that the Complaint in the above-entitled case be dismissed with prejudice, the parties to bear their

//

//

//

Stipulation of Dismissal
(Case No. 2:15-cv-01701-RSL )

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6056

1   respective costs, including any attorney's fees or other expenses of this litigation.

2

3   Dated: December 7, 2017                                      DAVID A. HUBBERT
                                                                Deputy Assistant Attorney General

4

5                                                               /s/ Rika Valdman
                                                                RIKA VALDMAN
6                                                               VIRGINIA CRONAN LOWE
                                                                Trial Attorneys, Tax Division
7                                                               U.S. Department of Justice
                                                                P.O. Box 683
8                                                               Washington, D.C.  20044
                                                                202-514-6056/202-307-6484 (v)
9                                                               202-307-0054 (f)
                                                                rika.valdman@usdoj.gov
10                                                              Virginiacronan.lowe@usdoj.gov

11                                                              Of Counsel:
                                                                ANNETTE L. HAYES
12                                                              United States Attorney
                                                                Western District of Washington
13                                                              Attorneys for the United States of America

14

15

16  Dated: December 6, 2017                                     /s/ Robert M. Kane, Jr.
                                                                /s/ Richard L. Johnson
17                                                              ROBERT M. KANE, JR., WSBA 7563
                                                                RICHARD L. JOHNSON, WSBA 38292
18                                                              LeSourd & Patten, P.S.
                                                                600 University Street, Suite 2401
19                                                              Seattle, WA 98101
                                                                Phone: (206) 624-1040
20                                                              Fax: (206) 223-1099
                                                                Email: rkane@lesourd.com
21                                                              Email: rjohnson@lesourd.com
                                                                Attorneys for Robert F. and Geraldine L.
22                                                              McTavish

23

Stipulation of Dismissal                      2                 **U.S. DEPARTMENT OF JUSTICE**
(Case No. 2:15-cv-01701-RSL )                                   Tax Division, Western Region
                                                                P.O. Box 683
                                                                Washington, D.C.  20044
                                                                Telephone: 202-514-6056

1

## ORDER

2          The foregoing Stipulation of Dismissal is APPROVED.  SO ORDERED.

3

4     Dated: Dec. 12, 2017

5                                              The Honorable Robert S. Lasnik
                                               United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Stipulation of Dismissal                    3
(Case No. 2:15-cv-01701-RSL )